

**U.S. Department of Justice**

United States Attorney
Southern District of New York

*86 Chambers Street*
*New York, NY 10007*

December 14, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/20
```

By ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Santos v. United States of America*, No. 20 Civ. 8012 (AJN) (S.D.N.Y.)

Dear Judge Nathan:

      This Office represents the United States of America in the above-referenced medical malpractice action brought by Plaintiffs Maria and Jose Santos pursuant to the Federal Tort Claims Act. I write respectfully to request an adjournment of the parties' January 15, 2021 initial pretrial conference and the corresponding deadline to submit a proposed case management plan and joint letter to the Court. This is the United States' first request for an adjournment of the initial pretrial conference. Plaintiffs consent to this request. The parties propose February 12, 19, or 26, or any other time convenient to the Court, as alternative dates to hold the conference.

      Plaintiffs filed this lawsuit on September 28, 2020, and the United States was served on December 2, 2020. Pursuant to Federal Rule of Civil Procedure 12(a)(2), the United States has until February 1, 2021 to answer or otherwise respond to the complaint. The United States respectfully submits that the interest of efficient case management would be served by adjourning the initial pretrial conference until after the United States has responded to the complaint.

      I thank the Court for its consideration of this request.

                                      Respectfully,

                                      AUDREY STRAUSS
                                      Acting United States Attorney for the
                                      Southern District of New York

                     By:   */s/ Zachary Bannon*
                          ZACHARY BANNON
                          Assistant United States Attorney
                          86 Chambers Street, Third Floor
                          New York, New York 10007
                          Tel.: (212) 637-2728
                          Email: Zachary.Bannon@usdoj.gov

---

> The initial pretrial conference is hereby adjourned to February 26, 2021 at 3 p.m.
> SO ORDERED.
>
> 12/14/20
> /s/ Alison J. Nathan
> SO ORDERED.
> ALISON J. NATHAN, U.S.D.J.