*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 22, 2021

By ECF
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007-1312



Re: *Santos, et al. v. United States of America*, 20 Civ. 8012 (AJN) (S.D.N.Y.)

Dear Judge Nathan:

      This Office represents the United States of America in the above-referenced matter. We write jointly with the plaintiffs in response to the Court's order, dated February 22, 2021. Dkt. No. 12. The parties agree that the currently scheduled case management conference is not necessary at this time, and that we can proceed with discovery upon the Court's entry of our proposed case management plan and scheduling order. We apologize for overlooking this aspect of the Court's February 16, 2021 order. Dkt. No. 10.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney for the
      Southern District of New York

By:   /s/ Zachary Bannon
     ZACHARY BANNON
     Assistant United States Attorney
     Tel.: 212-637-2728
     Cell: 347-578-4999
     E-mail: Zachary.Bannon@usdoj.gov

---

The initial pretrial conference is hereby adjourned sine die. The Court will enter the parties' proposed case management plan by separate order.
SO ORDERED.

*[signature: Alison J. Nathan]*
2/24/2021