UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/25/2021__

Maria Santos, *et al.*,

                              Plaintiffs,

                   –v–

United States of America,

                              Defendant.

20-cv-8012 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As discussed at today's post-discovery conference, the parties are ORDERED to submit a joint status letter on or before January 14, 2021. The letter should indicate whether or not the parties seek a referral to the Magistrate Judge or mediation program for settlement discussions and whether or not a motion for summary judgment is forthcoming. If a motion for summary judgment is not forthcoming, the parties should propose trial dates, bearing in mind that the Court is unavailable for trial until August 2022.  The parties may also indicate whether they consent to proceeding before the Magistrate Judge for all purposes as the Magistrate Judge may likely be able to try the case sooner than the Court.

    SO ORDERED.

Dated: October 22, 2021

_____
    ALISON J. NATHAN
    United States District Judge
    New York, New York